JOSEPH A. L. BLEK, Appellant, v. FRANK WILSON, as President, or WILLIAM BECK, as Treasurer of Local Union No. 3 of the International Brotherhood of Electrical Workers, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

WILLIAM McCONNON SMITH, Appellant, v. THE LONG ISLAND RAILROAD COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

HENRY KROGER and Others, Respondents, v. HUGO JABURG, JR., Also Known as HUGO F. JABURG and Others, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

HENRY KROGER and Others, Respondents, v. SUNGLO-SILLS Co., INC., Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs' and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

EMPIRE TRUST COMPANY, as Trustee under a Mortgage or Deed of Trust, etc., Made by KERMACOE REALTY Co., INC., and Another, Appellant, Respondent, v. KERMACOE REALTY Co., INC., and Others, Defendants, Impleaded with 261 WEST 39TH STREET CORPORATION, Respondent, Appellant.— Order entered April 18, 1933, affirmed, with twenty dollars costs and disbursements to the defendant 261 West 39th Street Corporation. Order entered April 26, 1933, modified by striking out the words " on the sixth day of February, 1933, or thereafter," and substituting in place thereof the words " and hereafter," in paragraph 1 of said order, and as so modified affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

M. LOUISE ATTERBURY, Respondent, v. WILLIAM BUTLER McGLINN and Others, Appellants. (Action No. 2.) — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.; McAvoy and Martin, JJ., dissent and vote for reversal and denial of the motion.

MONUMENT GARAGE CORPORATION, Appellant, v. EDWARD P. MULROONEY, as Police Commissioner of the City of New York, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.